AO 450 (Rev 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF STEPHEN PUZA, JR., by Leah Puza, and Helena Barker-Puza, and as Co-administrators of the Estate of Stephen Puza LEAH PUZA, HELENA BARKER-PUZA, REBECCA FOX, STEPHEN PUZA III, and SARA PUZA, a minor, by her parent and natural guardian RADA MCLEAN,<br>**Plaintiffs**<br><br>v.<br><br>CARBON COUNTY, ANGELA DEMYANOVICH, JOHN GABLICK, A. ORSULAK, RONALD PECK, SERGEANT STEVER, JOHN DOE, true name unknown, intended party being an architect, and CRABTREE, ROHRBAUGH & ASSOCIATES, INC.,<br>**Defendants** | **JUDGMENT IN A CIVIL CASE**<br><br>3:04cv1789 |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on _____.

[x] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT be and hereby is entered in favor of the Defendants, CARBON COUNTY, ANGELA DEMYANOVICH, JOHN GABLICK, A. ORSULAK, RONALD PECK, SERGEANT STEVER, JOHN DOE, true name unknown, intended party being an architect, and CRABTREE, ROHRBAUGH & ASSOCIATES, INC., and against the Plaintiffs, ESTATE OF STEPHEN PUZA, JR., by Leah Puza, and Helena Barker-Puza, and as Co-administrators of the Estate of Stephen Puza LEAH PUZA, HELENA BARKER-PUZA, REBECCA FOX, STEPHEN PUZA III, and SARA PUZA, a minor, by her parent and natural guardian RADA MCLEAN.

MARY E. D'ANDREA
Clerk

/s/ Deputy Clerk

SEPTEMBER 26, 2007
Date